1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

12
13
14
15
16
17

| | |
|---|---|
| MELINA RAZAVI, | Case No. 5:16-cv-05140  NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| LUCKY SUPERMARKET CORPORATION, et al., | |
| Defendants. | |

18
19
20
21

  In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:16-cv-04119 EJD, Razavi v. Lucky Supermarket Corporation, et al.

  IT IS SO ORDERED.

22
23
24

Date:  September 7, 2016

Nathanael M. Cousins
United States Magistrate Judge

25
26
27
28

Case No. 16-cv-05140 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES